# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3241
_____

M.G.,

   Appellant,

v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

   Appellee.

_____


On appeal from the Circuit Court for Leon County.
Jonathan Sjostrom, Judge.

February 12, 2019


PER CURIAM.

   AFFIRMED.

WETHERELL, OSTERHAUS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Valarie Linnen, Jacksonville, for Appellant.

Sara J. Rumph, Appellate Legal Counsel, Children's Legal Services, Tallahassee, for Appellee Florida Department of Children and Families.

Thomasina Moore, Statewide Director of Appeals, and Joanna Summers Brunell, Appellate Counsel, Florida Statewide Guardian ad Litem Program, Tallahassee, for Appellee.